# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Case No. 25-10570-MAM
          Chapter 11

FEENEY ENTERPRISES, INC.

_____Debtors_____/

## OBJECTION TO CLAIM

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 3 | ODK Capital LLC | $156,459.00 | Claim filed as secured claim.  Creditor purchased future receivables.  On the date of filing, there was only $57,908.99 in the bank account.  Additionally, creditor "purchased" $277,000 of receivables.  Debtor received only $206,858.  Debtor has paid $123,460.00.  Creditor is owed $83,398.02.  Claim should be allowed as secured in the amount of $57,908.99 and unsecured claim in the amount of $125,489.03. |
| 8 | Dimension Funding | $16,130.23 | Claim filed as secured claim.  Claim is secured by equipment that the creditor is recovering.  Claim should be disallowed. |
| 9 | First Citizens Bank & Trust | $17,328.06 | Claim filed as secured claim.  UCC-1 Filed in Tennessee.  Equipment has always been located in Florida.  Creditor is |

LF-24 (rev. 06/02/08)

not secured. Claim should be allowed as unsecured.

   _____   <u>RDM Capital Funding</u>   <u>$74,268.00</u>   Claim listed on schedules as disputed. Creditor has not timely filed a proof of claim.  Claim should be disallowed.

   _____   <u>UPS</u>   <u>$30,000.00</u>   Claim listed on schedules as disputed. Creditor has not timely filed a proof of claim.  Claim should be disallowed.

I hereby certify that a copy of the foregoing was provided electronically to the attached mailing list this 9th day of April, 2025.

                                            <u>s/ Brian K. McMahon</u>
                                            BRIAN K. MCMAHON
                                            FL Bar No. 853704
                                            Attorney for Debtors
                                            1401 Forum Way, Suite 730
                                            West Palm Beach, FL 33401
                                            Tel (561)478-2500
                                            Fax (561)478-3111

MAILING LIST

ODK Capital, LLC
4700 W. Daybreak Pkwy, Ste 200
South Jordan, UT 84009

Dimension Funding, LLC
c/o Wright Law Group PLLC
1201 W Peachtree St, NW Ste 2625
PBM 8435
Atlanta, GA 30309

First Citizens Bank & Trust Company
c/o Weltman, Weinberg & Reis Co, LPA
5475 Rings Road, Suite 200
Dublin, OH 43017

RDM Capital Funding, LLC
d/b/a Fin Tap
777 Passaic Ave, Suite 375
Clifton, NJ 07012

UPS
55 Glenlake Pkwy
Atlanta, GA 30328

LF-24 (rev. 06/02/08)